IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARKELVIN MCHENRY                                         PLAINTIFF
ADC #180858

v.                       No. 3:25-cv-95-DPM

UNITED STATES OF AMERICA                                  DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Motion to Dismiss, *Doc. 3*, granted. Fed. R. Civ. P. 41(a). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2025