IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARKELVIN MCHENRY**
ADC #180858                                                                              PLAINTIFF

v.                              No. 3:25-cv-95-DPM

**UNITED STATES OF AMERICA**                                    DEFENDANT

## JUDGMENT

McHenry's petition for writ of mandamus is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_18 June 2025_